**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

1102138-Court-A-U.S.

JOHN T ORCUTT                                    IN RE
ATTORNEY AT LAW                                  CURTIS BARNES
6616-203 SIX FORKS ROAD                          POST OFFICE BOX 2491
RALEIGH, NC 27615-0000
                                                 ROCKY MOUNT, NC 27802-2491
                                                 SSN or Tax I.D.   XXX-XX-8220

Chapter 13
Case Number:  11-02138-8-RDD

                                                 U.S. BANKRUPTCY COURT
                                                 1760-A PARKWOOD BLVD
                                                 WILSON, NC 27893


                    NOTICE OF MOTION FOR CONFIRMATION OF PLAN

ROBERT R. BROWNING, Chapter 13 Trustee has  filed  papers  with  the  Court to Confirm the
Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney,
if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to
consider your views on the motion, then on or before 06/06/2011, you or your attorney must file with
the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your
position, and a request for hearing at:

                    U.S. Bankruptcy Court
                    Eastern District of North Carolina
                    1760-A Parkwood Blvd
                    Wilson, NC  27893

If you mail your response to the court for filing, you must mail it early enough so the court will receive
it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

Debtor(s):                        Attorney:                      Trustee:
CURTIS BARNES                     JOHN T ORCUTT                  ROBERT R. BROWNING
POST OFFICE BOX 2491              ATTORNEY AT LAW                P.O. BOX  8248
ROCKY MOUNT, NC 27802-2491        6616-203 SIX FORKS ROAD        GREENVILLE, NC 27835
                                  RALEIGH, NC 27615-0000




If a response and a request for hearing is filed in writing on or before the date set above, a hearing will
be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified
accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.


Date:  May 05, 2011                        ROBERT R. BROWNING
                                           Chapter 13 Trustee
                                           P.O. BOX  8248
                                           GREENVILLE, NC 27835

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                              CASE NUMBER:  11-02138-8-RDD

    CURTIS BARNES

                                                                      CHAPTER 13

                DEBTOR(S)

## MINUTES OF 341 MEETING AND
## MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on  April 21, 2011, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

| $1,684.00 | for | 55 | Months |
|---|---|---|---|
| | for | | Months |
| | for | | Months |
| | for | | Months |

**THE ANALYSIS OF THIS PLAN INDICATES THE GENERAL UNSECURED CREDITORS WILL RECEIVE A DIVIDEND. IF FUNDS ARE AVAILABLE TO THE UNSECURED CLASS THE EXACT AMOUNT TO BE PAID EACH CLAIM CANNOT BE CALCULATED AT THIS TIME;**

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before July 20, 2011 ("Bar Date") shall be disallowed. Claims of governmental units,

proofs of which are not filed before September 19, 2011 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| (011) EDGECOMBE COUNTY TAX COLLECTOR | PROPERTY TAXES – FUTURE | DIRECT |

    b. Continuing Long Term Debts to be paid by the Trustee:

The trustee will disburse regular ongoing monthly payments effective with the month indicated below with the Debtor to resume direct payments upon completion of plan payments. Arrearage through the month indicated will be paid in full over the term of the plan without interest as funds are available unless otherwise indicated. To receive disbursements, a creditor must file a proof of claim documenting a non-preferential perfected lien against the property. The Trustee will disburse the regular monthly payment indicated below unless an allowed filed claim indicates a different payment.

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| (012) EDGECOMBE COUNTY TAX COLLECTOR | PROPERTY TAXES ARREARS | UNKNOWN | 0% PRO-RATA WITHIN LIFE OF THE PLAN – **NO CLAIM FILED** |
| (017) GE MONEY BANK | 04 HONDA 4 WHEEL ATV | $4,377.00 SECURED | 5.25% PRO-RATA WITHIN LIFE OF THE PLAN – **NO CLAIM FILED** |
| (03O) WELLS FARGO BANK NA | MORTGAGE – MH | $16,004.00 SECURED | 5.25% PRO-RATA WITHIN LIFE OF THE |

PLAN – **NO CLAIM FILED**

e.  Claims to be avoided by the debtor:

Creditor                         Collateral                         Repayment Rate/Term

NONE

> Provided sufficient funds are available, and a proof of claim has been filed and allowed, the secured creditors listed above can expect to receive a minimum monthly payment equal to 1% of the value of their collateral.

8.  **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with that November 5, 2009 Administrative Order Establishing Procedures Governing Post-Petition Conduit Mortgage Payments.

> Administrative Arrearage Claim Treatment Under Conduit Order. If the mortgage creditor on a mortgage subject to the "Administrative Order Establishing Procedures Governing Post-Petition Conduit Mortgage Payments Effective January 1, 2010" (hereinafter "Conduit Order") files a Proof of Claim for post petition arrearages that includes the two month "Administrative Arrearage" as defined in the Conduit Order, the Trustee has used that two month portion of the claimed amount as the Administrative Arrearage. In that event, Trustee has established that two month Administrative Arrearage claim as a separate claim and reduced the amount stated in the mortgage creditors proof of claim accordingly.

9.  That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 8 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of  $3,000.00   . The Trustee recommends to the Court a fee of  $3,000.00  . If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

s/ Robert R. Browning
Robert R. Browning
Standing Chapter 13 Trustee

**EXHIBIT 'A'**                    **CASE NUMBER:  11-02138-8-RDD**

**DEBTORS:    CURTIS BARNES**

**EMPLOYMENT:**

| | | | |
|---|---|---|---|
| Debtor: | DAUGHTRIDGE GAS & OIL | GROSS INCOME: | $38,784.00 |
| | P.O. BOX 593 | | |
| | ROCKY MOUNT, NC  27802-0593 | | |
| Spouse: | MARIE'S HOUSE OF BEAUTY | | $2,030.04 |
| | 3328 A SUNSET AVE. | | |
| | ROCKY MOUNT, NC  27804 | | |

**Prior Bankruptcy cases:**    Yes ☐    No ☒    If so, Chapter        filed

Disposition:

**Real Property**: House and Lot ☐ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☒

| | | | |
|---|---|---|---|
| Description: | RESIDENCE | | |
| FMV | $51,809.80 | Date Purchased | |
| Liens | $16,004.00 | Purchase Price | |
| Exemptions | $35,000.00 | Improvements | |
| Equity | $ 805.80 | Insured For | |
| Rent | | Tax Value | |
| | | | |
| Description | 5 BURIAL PLOTS | | |
| FMV | $3,220.00 | Date Purchased | |
| Liens | $0.00 | Purchase Price | |
| Exemptions | $0.00 | Improvements | |
| Equity | $3,220.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS**:

| | | | |
|---|---|---|---|
| **Attorney** | Requested: | $3,000.00 | (excluding filing fee) |
| **Fees**: | Paid: | $200.00 | (excluding filing fee) |
| | Balance: | $2,800.00 | |

**Trustee's Recommendation:**        $3,000.00

Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $114,740.57 | Pay in | $92,620.00 | Priority | 100.00% |
| Priority | $5,925.77 | Less    8.00% | $7,409.60 | Secured | 100.00% |
| Secured | $22,975.70 | Subtotal | $85,210.40 | Unsecured | 40.00% |
| Unsecured | $85,839.10 | Req. Atty. Fee | Incl. w/ claims | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $85,210.40 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | **Annual Review:** | Yes ☐ | No ☐ |
| | **Payroll Deduction:** | Yes ☐ | No ☒ |
| Objection to Confirmation: | Yes ☐ | No ☐ | |

Pending:      SEE COURT DOCKET
Resolved:    SEE COURT DOCKET

<u>Motions Filed:</u>           Yes   ☐      No   ☐

If so, indicate type and status:      SEE COURT DOCKET

Hearing Date:

CASE: 1102138        TRUSTEE: 23            COURT: 278

TASK: 05-04-2011.00556762.LSA000        DATED: 05/05/2011

Page 1 of 2

Court                Served Electronically

| | | | |
|---|---|---|---|
| Debtor | | CURTIS BARNES | POST OFFICE BOX 2491<br>ROCKY MOUNT, NC 27802-2491 |
| 799 | 000002 | JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD | ATTORNEY AT LAW<br>RALEIGH, NC 27615-0000 |
| 022 | 000008 | INTERNAL REVENUE SERVICE | PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| 022 | 000036 | INTERNAL REVENUE SERVICE | PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| 032 | 000037 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 016 | 000022<br>*CM | BANK OF AMERICA, N.A. (USA)<br>1000 SAMOSET DRIVE DE5-023-03-03 | ATTN: MR. M-BK<br>NEWARK, DE 19713 |
| 015 | 000023 | FIA CARD SERVICES | PO BOX 15026<br>WILMINGTON, DE 19850 |
| 007 | 000016<br>*CM | CHASE BANK USA NA | PO BOX 15145<br>WILMINGTON, DE 19850-5145 |
| 006 | 000017 | BP<br>P O BOX 15298 | C/O CHASE<br>WILMINGTON, DE 19850-5298 |
| 027 | 000009 | US ATTORNEY<br>SUITE 800  FEDERAL BUILDING | 310 NEW BERN AVENUE<br>RALEIGH, NC 27601-1461 |
| 011 | 000003 | EDGECOMBE COUNTY TAX COLLECTOR | PO BOX 1070<br>TARBORO, NC 27886-0010 |
| 012 | 000004 | EDGECOMBE COUNTY TAX COLLECTOR | PO BOX 1070<br>TARBORO, NC 27886-0010 |
| 013 | 000007 | EDGECOMBE COUNTY TAX COLLECTOR | PO BOX 10<br>TARBORO, NC 27886-0010 |
| 008 | 000018 | CAPITAL ONE | PO BOX 71083<br>CHARLOTTE, NC 28272-1083 |
| 004 | 000014 | BELK<br>PO BOX 103104 | C/O GE MONEY BANK<br>ROSWELL, GA 30076 |
| 018 | 000028<br>*CM | GE MONEY BANK/LOWES<br>P.O. BOX 103104 | ATTN:  BANKRUPTCY DEPT.<br>ROSWELL, GA 30076 |
| 029 | 000033 | WALMART | PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| 030 | 000006<br>*CM | WELLS FARGO BANK, NA | PO BOX 536210<br>ATLANTA, GA 30353-6210 |
| 005 | 000015 | BELK CENTER | PO BOX 960012<br>ORLANDO, FL 32896-0012 |
| 017 | 000005<br>*CM | GE MONEY BANK | PO BOX 960061<br>ORLANDO, FL 32896-0661 |
| 003 | 000012 | AT&T UNIVERSAL CARD | PO BOX 182564<br>COLUMBUS, OH 43218-2564 |
| 024 | 000029 | SEARS | PO BOX 183081<br>COLUMBUS, OH 43218-3081 |
| 031 | 000035 | FPC FINANCIAL | PO BOX 6600<br>JOHNSTON, IA 50131-6600 |
| 025 | 000030 | SEARS | PO BOX 6283<br>SIOUX FALLS, SD 57117-6283 |

CASE: 1102138        TRUSTEE: 23         COURT: 278                        Page 2 of 2
TASK: 05-04-2011.00556762.LSA000         DATED: 05/05/2011

| 009 | 000013 | CITIBANK | | PO BOX 6500 |
| | | | | SIOUX FALLS, SD 57117-6500 |
| 021 | 000020 | HSBC | | PO BOX 5222 |
| | *CM | | | CAROL STREAM, IL 60197 |
| 010 | 000019 | DIRECT REWARDS | | PO BOX 5241 |
| | | | | CAROL STREAM, IL 60197-5241 |
| 014 | 000021 | JOHN DEERE CREDIT | | 23176 NETWORK PLACE |
| | | | | CHICAGO, IL 60673 |
| 026 | 000031 | UMB BANK NA | | PO BOX 419734 |
| | *CM | | | KANSAS CITY, MO 64141 |
| 002 | 000011 | AMERICAN EXPRESS | | PO BOX 650448 |
| | | | | DALLAS, TX 75265-0448 |
| 019 | 000025 | HOME DEPOT | | PO BOX 653000 |
| | | | | DALLAS, TX 75265-3000 |
| 020 | 000026 | HOME DEPOT CREDIT SERVICES | | PO BOX 750724 |
| | | | | DALLAS, TX 75275-0724 |
| 001 | 000024 | AMERICAN EAGLE | | PO BOX 981400 |
| | | | | EL PASO, TX 79998-1400 |
| F | 000010 | 5 STAR BANK | | PO BOX 35420 |
| | *CM | | | COLORADO SPRINGS, CO 80935 |
| 023 | 000027 | GE MONEY BANK | | C/O B-LINE LLC - MS550 |
| | *CM | PO BOX 91121 | | SEATTLE, WA 98111-9221 |
| 028 | 000032 | GE MONEY BANK | | C/O B-LINE LLC - MS550 |
| | *CM | PO BOX 91121 | | SEATTLE, WA 98111-9221 |

37 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 05/05/2011.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    05/05/2011    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail